**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KAREN SOW,

        *Plaintiff,*

    v.

COMBE INCORPORATED, et al.,

        *Defendants.*

CIVIL ACTION
NO. 26-1223

**ORDER**

**AND NOW**, this 10th day of April 2026, upon consideration of Combe Inc.'s Notice of Removal, (Dkt. No. 1), Karen Sow's Motion to Remand, (Dkt. No. 7) and Combe's Response, (Dkt. No. 10), it is hereby **ORDERED** that:

1. The Motion to Remand is **GRANTED**.

2. The case is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. The Clerk of Court shall **CLOSE** the case.

        BY THE COURT:


        */s/ Gerald J. Pappert*
        Gerald J. Pappert, J.